ROBERT R. POWELL, ESQ.
DENNIS R. INGOLS, ESQ.
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200
F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

FILED
2007 AUG 21 P 3:55
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

C07 04310 HRL

| | |
|---|---|
| IESHA SMITH, et al., | Case No. _____ |
| Plaintiffs, | CERTIFICATE OF NO RELATED PARTIES OR ACTIONS |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

Other than the named parties to this action, there is no such interest to report of other persons in the above-entitled litigation, and no known related legal actions to the above-entitled action.

Dated: 8/21/07

_____ for
ROBERT R. POWELL, ESQ.
Attorney for Plaintiffs

1