UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Iesha Smith individually, and as Guardian Ad Litem for his minor children, N.S., C.SI, J.S., A.S., T.S., C.S2, M.S.,<br><br>    Plaintiffs,<br><br>v.<br><br>City Of San Jose, et.al.,<br><br>    Defendants.<br>_____/ | No. C07-04310<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

       PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 13, 2007 before the Honorable Judge Howard R. Lloyd has been continued to **December 7, 2007 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on November 30, 2007.

       If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: September 7, 2007                       RICHARD W. WIEKING, Clerk
                                                     United States District Court

                                                       /s/ *Patty Cromwell*
                                                       By: Patty Cromwell, Courtroom Deputy
                                                       to Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Dennis R. Ingols    dingols@rrpassociates.com, mkao@rrpassociates.com

Robert Ross Powell    rpowell@rrpassociates.com, mkao@rrpassociates.com, rkalnitsky@rrpassociates.com