**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**September 7, 2007**

**CASE NUMBER: CV 07-04310 HRL**
**CASE TITLE: -v-**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. **Case assigned to the Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/06/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 09/07/07 |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to: All Counsel | Transferor CSA |

**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**September 7, 2007**

**CASE NUMBER:  CV 07-04310 HRL**
**CASE TITLE:  -v-**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case assigned to the Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/06/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 09/07/07

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA

**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**September 7, 2007**

**CASE NUMBER:  CV 07-04310 HRL**
**CASE TITLE:  -v-**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case assigned to the Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/06/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 09/07/07

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA

**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364


**September 7, 2007**

**CASE NUMBER:  CV 07-04310 HRL**
**CASE TITLE:  -v-**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case assigned to the Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/06/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 09/07/07


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA

**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

**September 7, 2007**

**CASE NUMBER:  CV 07-04310 HRL**
**CASE TITLE:  -v-**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case assigned to the Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/06/07

FOR THE EXECUTIVE COMMITTEE:

_____
                Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 09/07/07 |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |

**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**September 7, 2007**

**CASE NUMBER: CV 07-04310 HRL**
**CASE TITLE:   -v-**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case assigned to the Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/06/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 09/07/07 |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |