ROBERT R. POWELL, ESQ.
DENNIS R. INGOLS, ESQ.
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200
F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| IESHA SMITH, et al., | Case No. C 07-04310 HRL |
| Plaintiffs, | |
| | DISMISSAL WITHOUT PREJUDICE |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

Plaintiffs hereby dismiss this action in its entirety as to all defendants, without prejudice.

10/25/07                                                   /S/ Robert R. Powell
                                                           ROBERT R. POWELL, ESQ.
                                                           Attorney for Plaintiffs

1